No. 85–390. CITY OF LOS ANGELES ET AL. *v.* PREFERRED COMMUNICATIONS, INC. C. A. 9th Cir. [Certiorari granted, *ante,* p. 979.] Motion of Nicholas W. Carlin for leave to file a brief as *amicus curiae* granted.

No. 85–530. O'CONNOR ET AL. *v.* ORTEGA. C. A. 9th Cir. [Certiorari granted, *ante,* p. 1018.] Motion of respondent for leave to proceed further herein *in forma pauperis* denied. Motion of respondent for appointment of counsel denied.

No. 85–581. BULLOCH ET AL. *v.* PEARSON ET AL. C. A. 10th Cir. Motion of Scott M. Matheson for leave to file a brief as *amicus curiae* granted. THE CHIEF JUSTICE took no part in the consideration or decision of this motion.

No. 85–641. HATCH ET AL. *v.* RELIANCE INSURANCE CO., *ante,* p. 1021. Motion of respondent for award of damages granted, and damages in the amount of $500 are awarded pursuant to this Court's Rule 49.2. JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS dissent.

No. 85–736. KEMP, WARDEN *v.* THOMAS. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.

No. 85–5821. WADE *v.* UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until February 3, 1986, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.,* 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis.*

No. 85–5845. IN RE TRIPATI. Petition for writ of habeas corpus denied.

No. 85–5670. IN RE COLES; and
No. 85–5755. IN RE JOHNSON. Petitions for writs of mandamus denied.